# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanna, Patrick J. | Western District Louisiana | 05/01/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
800 Lafayette St.
Ste 3500
Lafayette, LA 70501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sole Member | Gumbo & Merlot LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 05/01/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges' Assoc. | 3/11-13/2015 | Washington D.C. | Board of Directors Meeting | Food, transportation and lodging |
| 2. | Federal Magistrate Judges' Assoc. | 9/15-18/2015 | Washington D.C. | Legislative Reception | Food, transportation and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cummings Cove Co. LLC receivable for membership fee refund | | None | J | T | | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. Discover Bank | A | Interest | J | T | | | J | | |
| 4. CNL Lifestyle Properties, Inc (REIT) | D | Dividend | K | T | | | | | |
| 5. Brokerage Account #4 | | | | | | | | | |
| 6. Charles Schwab Bank | A | Interest | L | T | | | | | |
| 7. Coca Cola Co. (Common Stock)/KO | A | Dividend | J | T | | | | | |
| 8. American Capital World Growth & Income Fund/CWGIX | A | Dividend | J | T | | | | | |
| 9. La. Local Gov't Envir FAC&CDA Rev Ambac Cap | A | Interest | | | Redeemed (part) | 02/19/15 | J | | |
| 10. | | | | | Redeemed | 11/12/15 | J | | |
| 11. La. St. 5%20G0 LTX | B | Interest | K | T | | | | | |
| 12. Southern Company (SO) | A | Dividend | J | T | | | | | |
| 13. James Advantage Funds Golden Rainbow Fd Instl Cl/GLRIX | A | Dividend | L | T | | | | | |
| 14. Permanent Portfolio FD Inc Perm Portfolio/PRPFX | A | Dividend | | | Sold | 05/22/15 | K | | |
| 15. Marshall Funds Inc BMO Inter Tax Free Fnd/MITFX | A | Dividend | K | T | | | | | |
| 16. Charles Schwab US REIT ETF/SCHH | A | Dividend | | | Buy | 05/22/15 | J | | |
| 17. | | | | | Buy (add'l) | 05/27/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 07/20/15 | J | | |
| 19.   ISHARES Gold ETF/IAU | | None | | | Buy | 05/22/15 | J | | |
| 20. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 21. | | | | | Sold | 07/20/15 | J | | |
| 22.   ISHARES TR 0-5yr HI YL CP/SHYG | A | Dividend | | | Buy | 05/22/15 | J | | |
| 23. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 24. | | | | | Sold | 07/20/15 | J | | |
| 25.   Schwab Intermediate Term US Trs ETF/ SCHR | A | Dividend | | | Buy | 05/22/15 | J | | |
| 26. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 27. | | | | | Sold | 07/20/15 | J | | |
| 28.   Schwab Strategic TR Emrg MKTEQ ETF/ SCHE | | None | | | Buy | 05/22/15 | J | | |
| 29. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 30. | | | | | Sold | 07/20/15 | J | | |
| 31.   Schwab Strategic TR Intl Eqty ETF/SCHF | | None | | | Buy | 05/22/15 | J | | |
| 32. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 33. | | | | | Sold | 07/20/15 | J | | |
| 34.   Schwab Strategic TR Intl Sceqt ETF/SCHC | | None | | | Buy | 05/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 36. | | | | | Sold | 07/20/15 | J | | |
| 37. Schwab Strategic TR Schwab FDT US LG/ FNDX | A | Dividend | | | Buy | 05/22/15 | J | | |
| 38. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 39. | | | | | Sold | 07/20/15 | J | | |
| 40. Schwab Strategic TR Schwab FDT US SC/ FNDA | A | Dividend | | | Buy | 05/22/15 | J | | |
| 41. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 42. | | | | | Sold | 07/20/15 | J | | |
| 43. Schwab Strategic TR Schwab FDT EMK LG/FNDE | | None | | | Buy | 05/22/15 | J | | |
| 44. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 45. | | | | | Sold | 07/20/15 | J | | |
| 46. Schwab Strategic TR Schwb FDT INT LG/ FNDF | | None | | | Buy | 05/22/15 | J | | |
| 47. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 48. | | | | | Sold | 07/20/15 | J | | |
| 49. Schwab Strategic TR Schwb FDT INT SC/ FNDC | | None | | | Buy | 05/22/15 | J | | |
| 50. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 51. | | | | | Sold | 07/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab Strategic TR US TIPS ETF/SCHP | | None | | | Buy | 05/22/15 | J | | |
| 53. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 54. | | | | | Sold | 07/20/15 | J | | |
| 55. Schwab US Large Cap ETF/SCHX | A | Dividend | | | Buy | 05/22/15 | J | | |
| 56. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 57. | | | | | Sold | 07/20/15 | J | A | |
| 58. Schwab US Small Cap ETF/SCHA | A | Dividend | | | Buy | 05/22/15 | J | | |
| 59. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 60. | | | | | Sold | 07/20/15 | J | A | |
| 61. SPDR Series Trust INTR TRM Corp BD/ ITR | A | Dividend | | | Buy | 05/22/15 | J | | |
| 62. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 63. | | | | | Sold | 07/20/15 | J | | |
| 64. VAN ECK Market VEC LOCAL CUR BND ETF/EMLC | A | Dividend | | | Buy | 05/22/15 | J | | |
| 65. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 66. | | | | | Sold | 07/20/15 | J | | |
| 67. Vanguard Glbal Ex US Real Estate ETF/ VNQI | A | Dividend | | | Buy | 05/22/15 | J | | |
| 68. | | | | | Buy (add'l) | 05/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 07/20/15 | J | | |
| 70. Vanguard Mortgage Backed SEC ETF/ VMBS | A | Dividend | | | Buy | 05/22/15 | J | | |
| 71. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 72. | | | | | Sold | 07/20/15 | J | | |
| 73. Vanguard Total International BND ETF/ BNDX | A | Dividend | | | Buy | 05/22/15 | J | | |
| 74. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 75. | | | | | Sold | 07/20/15 | J | | |
| 76. Brokerage Account #3 | | | | | | | | | |
| 77. Charles Schwab Bank | A | Interest | J | T | Donated (part) | | | | |
| 78. Schwab Markettrack/SWHGX | D | Dividend | L | T | Buy (add'l) | 07/23/15 | L | | |
| 79. | | | | | Sold (part) | 08/05/15 | J | | |
| 80. Rental Property #3, Vernon Parish LA | A | Rent | L | W | | | | | |
| 81. Real Estate, Vernon Parish, LA | | None | K | W | | | | | |
| 82. Real Estate, Vernon Parish, LA | | None | J | W | | | | | |
| 83. Chase Bank | A | Interest | K | T | | | | | |
| 84. Whitney Bank - CD | A | Interest | J | T | | | | | |
| 85. Whitney Bank - CD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 05/01/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 3 - Broker utilizes different banks to hold cash assets before sweep. At the end of last year it was Citibank NA. This year it is Discover Bank. I have no idea when/how the changes are made. Also, I have no idea why the audit suggests I should document each transaction as it does not call for that on identical entries in Lines 5 and 77.

Part VII Line 57 - Donated to daughter for wedding gift.

| Name of Person Reporting | Date of Report |
|---|---|
| Hanna, Patrick J. | 05/01/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Patrick J. Hanna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544